1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
    FAX: (415) 436-6927
7
Attorneys for Defendants
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11

12 MERVAT SHABAN and MAHDE SHABAN, ) No. C 09-5771 JCS
13 )
)
Plaintiffs, )
14 ) **STIPULATION TO TRANSFER VENUE**
v. ) **OF ACTION TO EASTERN DISTRICT**
15 ) **OF CALIFORNIA AND [PROPOSED]**
Attorney General, Holder;, et al., ) **ORDER**
16 )
Defendants. )
17 _____ )

18     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

19 attorneys of record, hereby stipulate, subject to approval of the court, to transfer the above-entitled

20 action to the United States District Court for the Eastern District of California pursuant to 28 U.S.C.

21 § 1631 because Plaintiff Mervat Shaban resides in Benicia, California.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATED TRANSFER
No. C 09-5771 JCS

1  As the time for a response to the complaint has not yet run, and in view of the uncertainty
2  as to when this action will be docketed and assigned to a judge in the Eastern District of California,
3  the parties further stipulate and request of the Court that the time for the Defendants to answer,
4  move, plead or otherwise respond to the Complaint should be extended to 60 days after the date the
5  action is docketed and assigned to a judge in the Eastern District of California.

Dated: December 23, 2009                                      Respectfully submitted,

                                                              JOSEPH P. RUSSONIELLO
                                                              United States Attorney


                                                                      /s/
                                                              MELANIE L. PROCTOR[1]
                                                              Assistant United States Attorney
                                                              Attorneys for Defendants

Dated: December 23, 2009


                                                                      /s/
                                                              SHARON DULBERG
                                                              Attorney for Plaintiffs

### **~~PROPOSED~~ ORDER**

The foregoing stipulation is approved and this action is hereby transferred to the United States District Court for the Eastern District of California, the judicial district in which this case should have been brought.  The time for Defendants to answer, move, plead or otherwise respond to the Plaintiffs' Complaint shall be extended to 60 days after the action is docketed, and a judge assigned, in the Eastern District of California.  IT IS SO ORDERED.

Dated:  12/24/9                                               JOSEPH C. SPERO
                                                              United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED TRANSFER
No. C 09-5771 JCS                           2