BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERVAT SHABAN, | No. CV S 10-44 WBS DAD |
| Plaintiff, | JOINT STIPULATION RE: DISMISSAL AND [PROPOSED] ORDER |
| v. | |
| Eric H. Holder, Jr., Attorney General | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the processing of his visa application by U.S. State Department. As of the time of this filing, the application has been adjudicated at the administrative level. Accordingly, the parties stipulate to dismissal of this action as moot.

Dated: February 16, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Sharon M. Dulberg
Sharon M. Dulberg
Attorney for the Plaintiffs

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed as moot.

IT IS SO ORDERED.

DATED: February 24, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE